UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, DISCOVER REINSURANCE COMPANY, and DISCOVERY MANAGERS, LTD., | : : : : : | CIVIL ACTION NO. 3:01CV2018 (DJS) |
| Plaintiffs, | : | |
| VS. | : : | |
| S.B. PHILLIPS COMPANY, INC., | : : | |
| Defendant. | : | NOVEMBER 24, 2003 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Rules of this Court, undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of the Defendants. Other counsel from Day, Berry & Howard have appeared and will continue to represent the Defendants.

                                                UNITED STATES FIDELITY AND
                                                GUARANTY COMPANY, DISCOVER
                                                REINSURANCE COMPANY, DISCOVERY
                                                MANAGERS, LTD., and DISCOVER RE
                                                MANAGERS, INC.

By  _____
                      Michael L. Oh (ct24532)
                      Day, Berry & Howard, LLP
                      CityPlace I
                      Hartford, Connecticut 06103-3499
                      (860) 275-0100

-2-

## CERTIFICATION

**I HEREBY CERTIFY THAT** a copy of the foregoing was sent by regular mail on this date to:

| | |
|---|---|
| Michael P. Berman, Esq. | Phillip E. Reeves, Esq. |
| Robert Keepnews, Esq. | Jennifer E. Johnson, Esq. |
| David R. Levesque, Esq. | Gallivan, White & Boyd, P.A. |
| Robert J. Caffrey, Esq. | 330 East Coffee Street |
| Berman and Sable | P.O. Box 10589 |
| 100 Pearl Street | Greenville, SC  29603 |
| Hartford, Connecticut 06103 | |

_____
Michael L. Oh