**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**UNITED STATES FIDELITY AND**
**GUARANTY COMPANY, ET AL**  **:**
  **Plaintiffs**

  **v.**       **:** **CIVIL NO.: 3:01cv2018(DJS)**

**S.B. PHILLIPS COMPANY, INC.**  **:**
  **Defendant**

<u>**ORDER**</u>

   The Motion to Withdraw Appearance (Doc. #219) of Michael L. Oh is hereby

**GRANTED.**

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this  <u>10th</u>  day of December, 2003.


         <u>/s/DJS           </u>
         Dominic J. Squatrito
         United States District Judge