# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, DISCOVER REINSURANCE COMPANY, and DISCOVERY MANAGERS, LTD., | : : : : : : | CIVIL ACTION NO.  3:01CV2018 (DJS) |
| Plaintiffs, | : | |
| VS. | : : | |
| S.B. PHILLIPS COMPANY, INC., | : : | |
| Defendant. | : | JULY 19, 2004 |

## AFFIDAVIT OF KATHLEEN D. MONNES

I, Kathleen D. Monnes, hereby depose and state as follows:

1. I am over eighteen years of age, and I understand the obligations of an oath.

2. I am an attorney at the law firm of Day, Berry & Howard, LLP. Along with Thomas J. Groark and Michael P. Shea, I represent the Plaintiffs in the above-captioned action.

3. I make this affidavit upon my own personal knowledge.

4. I hereby certify that I have attempted in good faith to resolve with plaintiff's counsel the dispute relating to the deposition fees of Plaintiffs' expert, John Lochner.

5. On March 14, 2003, plaintiffs disclosed John Lochner as their expert in this case. (Exh. A.)

-2-

6. On April 3, 2003, defendant noticed the deposition of Mr. Lochner for April 28, 2003. (Exh. B.)

7. Mr. Lochner, was deposed on April 28, 2003 in Hartford, Connecticut.

8. On August 6, 2003, my office sent Mr. Lochner's bill for his fees associated with the April 28, 2003 deposition to counsel for the defendants, Michael Berman. (Exh. C.)

9. Between August, 2003 and May, 2004, my office contacted Mr. Berman on various occasions to request that payment be forwarded to Mr. Lochner.

10. On May 24, 2004, my office sent another letter to Mr. Berman, enclosing another copy of the invoice. (Exh. D.)

11. On June 15, 2004, I wrote to Mr. Berman asking for a response as to whether and when the bill would be paid. (Exh. E.)

12. On June 16, 2004, Mr. Berman responded that he has "forwarded the invoice for payment" and would "follow up." (Exh. F.)

-3-

13.    On July 8, 2004, I again wrote to Mr. Berman requesting payment. (<u>Exh. G</u>.) Mr. Berman did not respond and to this date, payment has not been made to Mr. Lochner.

_____
Kathleen D. Monnes

Subscribed and sworn to before me
this \_\_\_\_\_ day of July, 2004.

_____
Notary Public / Commissioner of the Superior Court

My Commission Expires: