UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, DISCOVER REINSURANCE COMPANY AND DISCOVERY MANAGERS, LTD. : : : : | CIVIL ACTION NO.: 301CV2018 (DJS) |
| Plaintiffs : : | |
| V. : | |
| S.B. PHILLIPS COMPANY, INC. : : : | |
| Defendant : : | JULY 23, 2004 |

## OBJECTION TO MOTION TO COMPEL PAYMENT OF EXPERT FEES AND FOR COSTS

The counterclaim plaintiffs, S.B. Phillips Company, Inc. ("S.B. Phillips") and Sam B. Phillips, Jr. ("Sam Phillips") (collectively, the "Counterclaim Plaintiffs") hereby object ("Objection") to the Motion to Compel Payment of Expert Fees and For Costs ("Motion") filed by the Counterclaim Defendants in this matter. In support hereof, the Counterclaim Plaintiffs respectfully state as follows:

The Counterclaim Defendants are, themselves, guilty of substantial delayed payment of expert fees to Counterclaim Plaintiffs' expert, and it is only when they decided to pay the Counterclaim Plaintiffs' expert's fees that they now have demanded their expert fees be paid.

Attached to this Objection as Exhibit A is a letter from the undersigned's office dated October 16, 2003 requesting clarification of the charges by the Counterclaim Defendant's expert and a request to pay Counterclaim Plaintiff's expert. Attached to this Objection as Exhibit B is a follow-up letter dated February 11, 2004 by the undersigned again requesting payment of Counterclaim Plaintiff's expert fees.

On May 25, 2004, the undersigned received the detail regarding the charges of Counterclaim Defendants' expert which was requested by the undersigned's office in the letter of October 16, 2003.

In point of fact, due to the delay in payment by the Counterclaim Defendants of the Counterclaim Plaintiffs' expert fees, the Counterclaim Plaintiffs believed and understood that each of the parties was going to pay its own expert fees.

Since now the Counterclaim Plaintiffs are under a different understanding, the Counterclaim Plaintiffs are reviewing the payment history, and, if unpaid, will process payment.

Now, counsel for Counterclaim Defendants, instead of inquiring into the cause of the delay (which would have provided a complete explanation) has chosen to:

- file a Motion without good faith inquiry.
- expose to the public a confidential report in violation of the Confidentiality Order in place in this case.

- put before the Court, a Fed. R. Civ. P. §26(a)(2) expert report at a time when the Court has under deliberation Counterclaim Defendants' motion for and Counterclaim Plaintiffs' Objection to partial summary judgment.

WHEREFORE, the Counterclaim Plaintiffs' object to Counterclaim Defendants' Motion and respectfully request:

1. That Counterclaim Defendants' Motion be denied.

2. That the Court place under seal, the confidential document wrongfully exposed by the Counterclaim Defendants.

3. Respectfully, that the Court ignore the wrongfully submitted expert report attached to the Motion, in its deliberations on the motion for and objection to partial summary judgment.

4. That the Court impose sanctions on Counterclaim Defendants' and their counsel for such impetuous, improper and reprehensible conduct.

5. That the Counterclaim Plaintiffs have such other relief as is just.

3

THE COUNTERCLAIM PLAINTIFF,
S.B. PHILLIPS COMPANY, INC.,
AND COUNTERCLAIM PLAINTIFF,
SAM B. PHILLIPS, JR.

By: _____
MICHAEL P. BERMAN
Federal Bar No.: ct05624
Berman and Sable LLC
One Financial Plaza, 20th Floor
Hartford, CT 06103
Tel:   (860) 527-9699
Fax:   (860) 527-9077
Their Attorneys

4

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Objection to Motion to Compel was mailed, via U.S. mail, first class, postage prepaid, on this 23rd day of July, 2004 to:

Thomas J. Groark, Jr., Esq.
Kathleen D. Monnes, Esq.
Michael P. Shea, Esq.
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT 06103-3499

Phillip E. Reeves, Esq.
Jennifer E. Johnsen, Esq.
Gallivan, White & Boyd, P.A.
330 East Coffee Street
P.O. Box 10589
Greenville, SC 29603

Moffatt G. McDonald, Esq.
Kevin A. Kauer, Esq.
Haynsworth Sinkler Boyd, P.A.
75 Beattie Place, 11th Floor
P.O. Box 2048
Greenville, SC 29602-2048

MICHAEL P. BERMAN

BERMAN AND SABLE LLC
ONE FINANCIAL PLAZA, HARTFORD, CONNECTICUT 06103
(860) 527-9699 • JURIS NO. 03840

A

LAW OFFICES
# BERMAN AND SABLE

| | | |
|---|---|---|
| MICHAEL P. BERMAN**•* | 100 PEARL STREET | <u>NEW HAVEN OFFICE</u> |
| JOEL N. SABLE | | |
| STEVEN A. BERMAN | HARTFORD, CONNECTICUT 06103 | 195 Church Street |
| JAMES W. OLIVER* | | New Haven, Connecticut 06510 |
| JAMES J. BRAULT | | |
| ROBERT J. CAFFREY** | TEL: (860) 527-9699 | TEL: (203) 495-6200 |
| ROBERT L. KEEPNEWS• | FAX: (860) 527-9077 | FAX: (203) 495-6220 |
| DAVID R. LEVESQUE | E-MAIL: info@bermansable.com | |
| SUZANNE LAPLANTE• | WEB: www.bermansable.com | |
| JOSÉ A. AGUIAR* | | *ALSO ADMITTED IN MASSACHUSETTS |
| JAMES M. SAYA* | | **ALSO ADMITTED IN OHIO |
| | | •ALSO ADMITTED IN NEW YORK |

October 16, 2003

Kathleen D. Monnes, Esq.
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT 06103-3499

    Re: <u>United States Fidelity and Guaranty Company, et al.
v. S.B. Phillips Company, Inc.</u>
Civil Action No.: 3:01cv2018 (DJS)

Dear Kathy:

    I am writing in response to your fax of October 15, 2003, regarding the deposition invoice submitted by John Lochner.

    While the attached letter from Mr. Lochner provides some general information as to the services rendered in connection with the fees sought, given the relative brevity of the deposition, I would appreciate a break down as to his hourly rate, as well as the "indirect expenses" referred to in his invoice. Given the fact that Rule 26(b)(4)(C) requires us only to pay "a reasonable fee for time spent in responding to discovery," I would appreciate some additional information regarding an invoice in excess of $4,000.00 with respect to a two and one-half hour deposition. I am also informed, that the invoice (copy enclosed) from our expert, Richard Engelhuber, remains unpaid. I would suggest that our offices work together to get both of these invoices paid.

    I look forward to receiving from you some additional detail

regarding Mr. Lochner's invoice and, thereafter, ensuring that both of our respective experts are paid.

Very truly yours,

*[signature: Bob Keepnews]*

Robert L. Keepnews

RLK:lmc

cc: Michael P. Berman, Esq.

F:\USERS\SHARED\LIT\USF&G\Correspondence\Monnes, Kathleen, 101603.doc

# MERCER

Risk, Finance & Insurance Consulting

3475 Piedmont Road NE, Suite 420
Atlanta, GA 30305-2954
404 239 6410 Fax 404 239 6404
www.mercerRFI.com

April 9, 2003

Mr. Mike Shea
Day, Berry & Howard LLP
City Place I
Hartford, CT 06103-3499

SHIPPED APR 0 9 2003

Dear Mike:

Enclosed please find our invoice for the deposition in connection with United States Fidelity And Guaranty Company, Discover Reinsurance Company, and Discovery Managers, Ltd. vs. S. B. Phillips Company, Inc.

If you have any questions regarding the enclosed invoice, please feel free to give me a call.

Sincerely,

Richard J. Engelhuber, FCAS, MAAA

RJE/cah

Enclosure

Cc: Mike Berman, Berman and Sable
    Blanton Phillips, S. B. Phillips

MMC Marsh & McLennan Companies

INVOICE

3475 Piedmont Road NE
Suite 420
Atlanta, GA
30305
Tel: 404 239 6410

             Invoice Number: N07530291
              Invoice Date: 09-Apr-2003
               Client Acct: SIGERC - 01

Day, Berry & Howard LLP
Mr. Mike Shea
City Place I          SHIPPED APR 0 9 2003
Hartford, CT
06103-3499

---

For the deposition in connection with United States    $3,288.00
Fidelity And Guaranty Company, Discover Reinsurance
Company, and Discovery Managers, Ltd. vs. S. B.
Phillips Company, Inc.

                      ---------------
Total                     $3,288.00

Payable upon receipt

---

| L.O.B. | Fees | Expenses | Project | Internal Invoice |
|---|---|---|---|---|
| Other | 3,288.00 | 0.00 | SIGERC-01-001 | |

NO CAVEAT (COMPANY B)

Consultant: Richard Engelhuber          Client Activity
                      Coordinator Copy

| REVIEWED BY PROFESSIONAL STANDARDS COMMITTEE |
|---|
| REVIEWED BY ACCOUNTING DEPARTMENT |

B

LAW OFFICES
## BERMAN AND SABLE LLC

| | | |
|---|---|---|
| MICHAEL P. BERMAN*† <br> STEVEN A. BERMAN <br> JOEL N. SABLE <br> JAMES W. OLIVER* <br> JAMES J. BRAULT <br> ROBERT J. CAFFREY** <br> ROBERT L. KEEPNEWS‡ <br> DAVID R. LEVESQUE <br> SUZANNE LAPLANTE‡ <br> JOSÉ A. AGUIAR* <br> JAMES M. SAYA* | ONE FINANCIAL PLAZA <br><br> HARTFORD, CONNECTICUT 06103 <br><br><br> TEL: (860) 527-9699 <br> FAX: (860) 527-9077 <br> E-MAIL: info@bermansable.com <br> WEB: www.bermansable.com | NEW HAVEN OFFICE <br><br> 195 Church Street <br> New Haven, Connecticut 06510 <br><br> TEL: (203) 495-6200 <br><br> *ALSO ADMITTED IN MASSACHUSETTS <br> **ALSO ADMITTED IN OHIO <br> ‡ALSO ADMITTED IN NEW YORK |

February 11, 2004

Thomas Groark, Esq.
Day, Berry & Howard, LLP
CityPlace I
Hartford, Connecticut 06103-3499

    Re:    <u>S.B. Phillips Company, Inc., et al. v. USF&G, et al.</u>

Dear Tom:

    Enclosed is an invoice from Mercer regarding the expense for the second deposition of Richard Engelhuber. This invoice remains unpaid by your client. As you can see, the invoice dates back to April 9, 2003. Please have the payment in the amount of $3,288.00 paid directly to Mercer in Atlanta, Georgia.

                                      Very truly yours,

                                      Michael P. Berman

MPB:lmc
Enclosure

cc: Carol Hopfner

INVOICE

3475 Piedmont Road NE
Suite 420
Atlanta, GA
30305
Tel: 404 239 6410

                              Invoice Number: N07530291
                                Invoice Date: 09-Apr-2003
                                Client Acct: SIGERC - 01

Day, Berry & Howard LLP
Mr. Mike Shea
City Place I
Hartford, CT
06103-3499

SHIPPED APR 0 9 2003

---

For the deposition in connection with United States       $3,288.00
Fidelity And Guaranty Company, Discover Reinsurance
Company, and Discovery Managers, Ltd. vs. S. B.
Phillips Company, Inc.

                                                        ----------------
Total                                                  $3,288.00
                                                    =================

Payable upon receipt

---

| L.O.B. | Fees | Expenses | Project | Internal Invoice |
|--------|------|----------|---------|------------------|
| Other  | 3,288.00 | 0.00 | SIGERC-01-001 | |

NO CAVEAT (COMPANY B)

Consultant: Richard Engelhuber                  Client Activity
                                                     Coordinator Copy

```
| REVIEWED BY PROFESSIONAL |
|   STANDARDS COMMITTEE    |
|                          |
|--------------------------|
| REVIEWED BY ACCOUNTING   |
|       DEPARTMENT         |
|                          |
```