UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES FIDELITY AND
GUARANTY COMPANY, ET AL     :
    Plaintiffs

v.                          : CIVIL NO.: 3:01cv2018(DJS)

S.B. PHILLIPS COMPANY, INC. :
    Defendant

### ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable __Janet Bond Arterton__, United States District Judge, who sits in __New Haven__ Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in __New Haven__ and bear the docket number __3:01cv2018(JBA)__. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a).

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this __15th__ day of April, 2005.

                          /s/DJS
                          Dominic J. Squatrito
                          United States District Judge