UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, DISCOVER REINSURANCE COMPANY AND DISCOVERY MANAGERS, LTD.<br><br>Plaintiffs<br><br>V.<br><br>S.B. PHILLIPS COMPANY, INC.<br><br>Defendant | CIVIL ACTION NO.:<br>301CV2018 ( JBA )<br><br><br><br><br><br><br><br><br><br><br>MAY 5, 2005 |

### DEFENDANT COUNTERCLAIM PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE AND SERVE THE PARTIES' JOINT TRIAL MEMORANDUM

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (Fed.R.Civ.P.) and Rule 9(b) of the Local Rules of the United States District Court for the District of Connecticut (D.C.L.Civ.R.) Defendant/Counterclaim Plaintiffs, S.B. Phillips Company, Inc. and Sam B. Phillips, Jr. ("the Counterclaim Plaintiffs") hereby move for an extension of thirty (30) days beyond the current date, to and including June 23, 2005 to file and serve a Joint Trial Memorandum. In support of this Motion, the Parties state as follows:

1.  This action was commenced by USF&G on or about October 26, 2001. It was transferred to this Court by Order dated April 15, 2005.

2.  On Monday, May 2, 2005, the parties conducted a settlement mediation before the Honorable Thomas J. Smith. Although the case was not resolved during that mediation, USF&G and the Counterclaim Plaintiffs' are continuing to explore the possibility of resolution under the auspices of Judge Smith.

3.  Counterclaim Plaintiffs have consulted with Judge Smith and he supports the Motion in order to allow him, and the parties, further time to explore the possibility of settlement.

4.  USF&G and the Counterclaim Plaintiffs have agreed, however, that they will exchange and file Witness Lists on May 23, 2005 as provided for in the Court's Order of March 30, 2005, ordering the Parties to submit their Joint Trial Memorandum on that date.

5.  Counsel for Counterclaim Plaintiffs has spoken to USF&G's counsel and they consent to the granting of this Motion.

WHEREFORE, the Parties respectfully request an extension of time to and including June 23, 2005 to file and serve the Joint Trial Memorandum.

                                              DEFENDANT COUNTERCLAIM PLAINTIFFS

By: _____
    MICHAEL P. BERMAN
    Federal Bar No. (ct05624)
    ROBERT J. CAFFREY
    Federal Bar No. (ct04431)
    DAVID R. LEVESQUE
    Federal Bar No. (ct18436)
    Berman and Sable LLC
    One Financial Plaza
    Hartford, Connecticut 06103
    (860) 527-9699 (telephone)
    (860) 527-9077 (facsimile)
    Its Attorneys

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Defendant Counterclaim Plaintiffs' Motion for Extension of Time to File and Serve the Parties' Joint Trial Memorandum was mailed, via U.S. mail, first class, postage prepaid on this 5th day of May, 2005 to:

Kathleen D. Monnes, Esq.
Thomas J. Groark, Jr., Esq.
Michael Shea, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103
Their Attorneys

Robert J. Caffrey

BERMAN AND SABLE LLC
ONE FINANCIAL PLAZA, HARTFORD, CONNECTICUT 06103
(860) 527-9699  •  JURIS NO. 03840