**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**USF&G**                              :

**v.**                                 :   **NO. 3:01cv2018 (JBA)**

**PHILLIPS**                           :

### ENDORSEMENT ORDER [DOC. #233]

Motion for Extension of Time to File and Serve the Parties' Joint Trial Memorandum [doc. #233] is GRANTED, with consent and for good cause, to and including 6/23/05.

IT IS SO ORDERED.

_____ Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: May 11, 2005**