UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, DISCOVER REINSURANCE COMPANY, and DISCOVERY MANAGERS, LTD., | : : : : : : | CIVIL ACTION NO.<br><br>3:01CV2018 (JBA) |
| Plaintiffs, | : : | |
| VS. | : : | |
| S.B. PHILLIPS COMPANY, INC., | : : | |
| Defendant. | : | JULY 5, 2005 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)1 of the Federal Rules of Civil Procedure, plaintiffs and defendant stipulate that this action, including any claims and counterclaims, may be dismissed with prejudice and without costs or attorneys' fees to any party.

| | |
|---|---|
| **DEFENDANT, S.B. PHILLIPS COMPANY, INC.** | **PLAINTIFFS, UNITED STATES FIDELITY AND GUARANTY COMPANY, DISCOVER REINSURANCE COMPANY, and DISCOVERY MANAGERS, LTD.** |
| By: _____/s/_____<br>Robert J. Caffrey (ct04431)<br>*rcaffrey@bermansable.com*<br>Berman and Sable LLC<br>One Financial Plaza<br>Hartford, Connecticut 06103-2608<br>(860) 527-9699<br>(860) 527-9077 facsimile | By: _____/s/_____<br>Kathleen D. Monnes (ct13433)<br>*kdmonnes@dbh.com*<br>Day, Berry & Howard LLP<br>CityPlace I<br>Hartford, Connecticut 06103-3499<br>(860) 275-0100<br>(860) 275-0343 facsimile |

-2-

## CERTIFICATION

     THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

Robert J. Caffrey, Esq.  
Michael P. Berman, Esq.  
Berman and Sable LLC  
One Financial Plaza  
Hartford, Connecticut 06103-2608

                                                             /s/  
                                            Kathleen D. Monnes